**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>               Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>              Defendant. | No. 19-cv-08234<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Jeffrey T. Gilbert |

**BOEING'S MOTION TO DISMISS COUNTS I, III, AND IV**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Boeing Company, by and through its undersigned counsel, moves to dismiss Count I (fraudulent inducement), Count III (breach of the covenant of good faith and fair dealing) and Count IV (tortious interference with business expectancy) of Plaintiff's complaint. In support of its motion, Boeing submits an accompanying Memorandum of Law, incorporated herein.

Respectfully Submitted,

By:   /s/ Kathleen A. Stetsko
       One of the Attorneys for
       The Boeing Company

Eric B. Wolff
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: EWolff@perkinscoie.com

Kathleen A. Stetsko
PERKINS COIE LLP
131 S Dearborn Street # 1700
Telephone: 312.324.8400
Fax: 312.324.9400
Email: KStetsko@perkinscoie.com

Dan K. Webb
Christopher B. Essig
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
Email: DWebb@winston.com
Email: CEssig@winston.com

## CERTIFICATE OF SERVICE

I, Kathleen A. Stetsko, certify that on February 6, 2020, I electronically filed the foregoing **MOTION TO DISMISS COUNTS I, III, and IV** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

/s/    Kathleen A. Stetsko
PERKINS COIE LLP
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400